(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois - Western Division | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Kullberg, Fredric C. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): 9209 | Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>4597 Pepper Drive<br>Rockford, IL 61114 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   Winnebago | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): | Attorney: | Bradley T. Koch,<br>Holmstrom & Kennedy, P.C.<br>800 North Church Street<br>P.O. Box 589<br>Rockford, IL  61105-0589   ph: 815-962-7071 |
|---|---|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)

☑ Individual(s)          ☐ Railroad
☐ Corporation          ☐ Stockbroker
☐ Partnership          ☐ Commodity Broker
☐ Other _____          ☐ Clearing Bank

**Nature of Debts** (Check one box)
☐ Consumer/Non-Business          ☑ Business

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
☐ Chapter 7          ☑ Chapter 11          ☐ Chapter 13
☐ Chapter 9          ☐ Chapter 12

**Filing Fee** (Check one box)
☑ Full Filing Fee attached
☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b).  See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632 - 30739

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Fredric C. Kullberg |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Fredric C. Kullberg
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)
01-05-05
Date

### Signature of Attorney

X  /s/ Bradley T. Koch
Signature of Attorney for Debtor(s)

BRADLEY T. KOCH
Printed Name of Attorney for Debtor(s)

Holmstrom & Kennedy, P.C.
Firm Name

800 North Church Street
Address

P.O. Box 589    Rockford, IL  61105-0589

815-962-7071
Telephone Number

01-05-05
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

((To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)          Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

# Form 4.  LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois - Western Division

In re   Fredric C. Kullberg _____ ,

                      Debtor

Case No.   05 _____

Chapter   11 _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. §101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| John F. Butler 5668 East State Street Rockford, IL 61108 | | | | 5,000.00 |
| Amcore Bank 501 7th Street Rockford, IL 61104 | | | | 86,000.00 Collateral FMV 50,000.00 |
| Fifth Third Bank 1645 Larkin Ave. Elgin, IL 60123 | | | | 194,759.71 Collateral FMV 105,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing list of twenty largest unsecured creditors and that it is true and correct to the best of my knowledge, information and belief.

Date ___01-05-05_____       Signature ___/s/ Fredric C. Kullberg_____

FREDRIC C. KULLBERG

FORM B6A
(6/90)

In re **Fredric C. Kullberg** _____    Case No. **05** _____
    Debtor                                                (if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Single Family Home<br>534 Towne Court<br>Gilberts, Illinois 60136 | Fee Simple | H | 285,000.00 | 266,400.00 |
| Single Family Home<br>12005 Ventura Blvd.<br>Machesney Park, IL 61115 | Fee Simple | H | 100,000.00 | 88,440.00 |
| Single Family Home<br>833 North Ottawa Ave.<br>Dixon, IL  61021 | Fee Simple | H | 70,000.00 | 61,908.00 |
| Single Family Home<br>50 Marquette Road<br>Machesney Park, IL 61115 | Fee Simple | H | 80,000.00 | 70,914.00 |
| Single Family Home<br>534 Lawn Drive<br>Loves Park, IL 61111 | Fee Simple | H | 81,000.00 | 71,800.00 |

Total ▶

**(Report also on Summary of Schedules)**

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632  -  30739

FORM B6A
(6/90)

In re  Fredric C. Kullberg                              Case No. _____05_____

Debtor                                                        (if known)

## SCHEDULE A - REAL PROPERTY (Continuation Page)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Single Family Home<br><br>403 Theodore Street<br>Loves Park, IL 61111 | Fee Simple | H | 84,000.00 | 74,459.00 |
| Single Family Home<br><br>626 Maple Ave.<br>Belvidere, IL 61008 | Fee Simple | H | 135,000.00 | 120,560.00 |
| Single Family Home<br><br>1107 Kishwaukee Street<br>Belvidere, IL 61008 | Fee Simple | H | 125,000.00 | 111,630.00 |
| Single Family Home<br><br>8115 Shore Drive<br>Machesney Park, IL 61115 | Fee Simple | H | 78,500.00 | 70,044.00 |
| Multi Family Home<br><br>523-527 South Chicago<br>Freeport, IL 61032 | Fee Simple | H | 50,000.00 | Exceeds FMV |
| Lot 5 Riverview Subdivision<br><br>Lot 5 Riverview Subdivision<br>Belvidere, IL 61008 | Fee Simple | H | 159,000.00 | 117,971.00 |
| Lot 9 Riverview Subdivision<br><br>Lot 9 of Riverview Subdivision<br>Belvidere, IL 61008 | Fee Simple | H | 159,000.00 | 117,971.00 |
| Single Family Home | Fee Simple | H | 40,000.00 | Exceeds FMV |

Total ▶

(Report also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632 - 30759

FORM B6A
(6/90)

In re **Fredric C. Kullberg**
Debtor

Case No. _____ 05 _____
(if known)

# SCHEDULE A - REAL PROPERTY (Continuation Page)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 546 East Madison Street Freeport, IL 61032 <br><br> Single Family Home | Fee Simple | H | 40,000.00 | Exceeds FMV |
| 812 South Ottawa Street Freeport, IL 61032 <br><br> Single Family Home | Fee Simple | H | 25,000.00 | Exceeds FMV |
| 964 Marietta Decatur, IL 62522 <br><br> Single Family Home | Fee Simple | H | 74,000.00 | 62,572.00 |
| 1722 Evans Ave. Loves Park, IL 61111 | | | | |

Total ▶ 1,585,500.00

**(Report also on Summary of Schedules)**

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632 - 30739

FORM B6B
(10/89)

In re Fredric C. Kullberg

Case No. 05

Debtor                                                                                        (if known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G- Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | Cash on hand. | H | 100.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account # 2260501826<br>Associated Bank<br>612 N. Main Street<br>Rockford, IL 61103 | H | 12,600.00 |
| | | Checking Account # 194315123<br>Bank One, N.A.<br>401 East State Street<br>Rockford, IL 61104 | J | 600.00 |
| | | Edward Jones Money Market Account # 1888627209<br>Edward Jones<br>3702 N. Main Street<br>Rockford, IL 61103 | J | 200.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632  -  30739

FORM B6B
(10/89)

In re _____Fredric C. Kullberg_____    Case No. ___05_____
　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | Household furnishings.<br><br>4597 Pepper Drive<br>Rockford, IL 61114 | J | 5,000.00 |
| 5.   Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books and Pictures<br><br>4597 Pepper Drive<br>Rockford, IL 61114 | J | 2,000.00 |
| 6.   Wearing apparel. | | Clothing | J | 2,000.00 |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term Life Insurance (Beneficiary - Wife) Policy # 2738273<br><br>American General Life Insurance<br>P.O. Box 1591, Houston, TX 77251 | H | 0.00 |
| | | Life Insurance  (Beneficiary - Wife) Policy # 0Y130165<br><br>New England Life Insurance<br>Zenith Flexible Premium Variable<br>501 Boylston Street<br>Boston, MA 02116 | H | 42,357.00 |
| 10.   Annuities.  Itemize and name each issuer. | X | | | |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632  -  30739

FORM B6B
(10/89)

In re ___Fredric C. Kullberg_____    Case No. ___05_____
         Debtor                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| **11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize.** | | IRA Account # 175-92066-1-6  Edward Jones | H | 18,167.00 |
| | | Retirement Plan Trust Acct # 175-06262-1-8  Edward Jones | H | 182,284.67 |
| | | 529 Account Account # 06363-1-6  VCSP Account College America for Christina Kullberg  Edward Jones | H | 18,887.19 |
| **12. Stock and interests in incorporated and unincorporated businesses. Itemize.** | | Fredric C. Kullberg, M.D., S.C. | H | Unknown |
| **13. Interests in partnerships or joint ventures. Itemize.** | X | | | |
| **14. Government and corporate bonds and other negotiable and non-negotiable instruments.** | X | | | |
| **15. Accounts receivable.** | X | | | |
| **16. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars.** | X | | | |
| **17. Other liquidated debts owing debtor including tax refunds. Give particulars.** | | John R. Martins - Loan  Address Unknown | H | 28,900.00 |
| **18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property.** | X | | | |

FORM B6B
(10/89)

In re ___Fredric C. Kullberg_____     Case No. ___05_____
              Debtor                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | | Claim against Chicago Title Insurance Company concerning title insurance policies issued with respect to 1105 N. Summit and 1367 E. Riverside, Decatur, IL 62522 | H | 112,000.00 |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |

FORM B6B
(10/89)

In re __Fredric C. Kullberg_____    Case No. ___05_____
         Debtor                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| **33. Other personal property of any kind not already listed.** | X | | | |
| | | _0_ continuation sheets attached | Total ▶ | $ 425,095.86 |

**(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules)**

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632 - 30739

FORM B6C
(6/90)

Fredric C. Kullberg

In re _____    Case No.____05_____
                    Debtor                                              (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

(Check one box)

☐  11 U.S.C. §522(b)(1)   Exemptions provided in 11 U.S.C. §522(d).  Note:  These exemptions are available only in certain states.

☑  11 U.S.C. §522(b)(2)   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
| --- | --- | --- | --- |
| Life Insurance  (Beneficiary - Wife) Policy # 0Y130165 | 735 I.L.C.S 5§12-1001(f) | 42,357.00 | 42,357.00 |
| IRA Account # 175-92066-1-6 | 735 I.L.C.S 5§12-1006 | 18,167.00 | 18,167.00 |
| Retirement Plan Trust Acct # 175-06262-1-8 | 735 I.L.C.S 5§12-1006 | 182,284.67 | 182,284.67 |
| 529 Account Account # 06363-1-6 | 735 I.L.C.S 5§12-1001(f) | 18,887.19 | 18,887.19 |
| Household furnishings. | 735 I.L.C.S 5§12-1001(b) | 2,000.00 | 5,000.00 |
| Books and Pictures | 735 I.L.C.S 5§12-1001(a) | 2,000.00 | 2,000.00 |
| Clothing | 735 I.L.C.S 5§12-1001(a) | 2,000.00 | 2,000.00 |

Form B6D
(12/03)

In re _____Fredric C. Kullberg_____,    Case No. _____05_____
**Debtor**    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 485754<br><br>Amcore Bank<br>501 7th Street<br>Rockford, IL 61104 | | | Incurred: April 3, 2000<br>Lien: 1st Mortgage<br>Security: 523-527 S. Chicago, Freeport, IL 61032 Multi Family Home<br><br>VALUE $ 50,000.00 | | | | 86,000.00 | 36,000.00 |
| ACCOUNT NO. 603000085038<br><br>Bank One<br>401 East State Street<br>Rockford, IL 61104 | | | Lien: 2nd Mortgage<br>Security: 4597 Pepper Drive, Rockford, IL 61114 - Single Family Home<br><br>VALUE $ 295,000.00 | | | | 85,694.00 | 0.00 |
| ACCOUNT NO. 4291565<br><br>Belvidere Bank<br>600 South State Street<br>Belvidere, IL 61008 | | | Incurred: July 21, 2004<br>Lien: 1st Mortgage<br>Security: Lot 5 Riverview Subdivision, Belvidere, IL 61008<br><br>VALUE $ 159,000.00 | | | | 117,971.00 | 0.00 |
| ACCOUNT NO. 4291565<br><br>Belvidere Bank<br>600 South State Street<br>Belvidere, IL 61008 | | | Incurred: July 21, 2004<br>Lien: 1st Mortgage<br>Security: Lot 9 Riverview Subdivision, Belvidere, IL 61008<br><br>VALUE $ 159,000.00 | | | | 117,971.00 | 0.00 |

_3_____continuation sheets attached

Subtotal ➤ $ 407,636.00
(Total of this page)

Total ➤ $
(Use only on last page)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632 - 30739

Form B6D - Cont.
(12/03)

In re ___Fredric C. Kullberg_____,    Case No. _05_____
              **Debtor**                                                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4800010189<br><br>Chase Manhattan Mortgage Corp.<br>483 N. Mulford Road<br>Rockford, IL 61107<br><br>VALUE $ 295,000.00 | | | Lien: 1st Mortgage<br>Security: 4597 Pepper Drive, Rockford, IL 61114 - Single Family Home | | | | 71,550.00 | 0.00 |
| ACCOUNT NO. 5002271879<br><br>Citi Financial Mortgage Company<br>3232 Royal Lane<br>Irving,  TX 75063<br><br>VALUE $ 285,000.00 | | | Incurred: August 3, 2004<br>Lien: 1st Mortgage<br>Security: 534 Towne Court, Gilberts, IL 60136 - Single Family Home | | | | 266,400.00 | 0.00 |
| ACCOUNT NO. 900754706-00034<br><br>Fifth Third Bank<br>1645 Larkin Ave.<br>Elgin, IL 60123<br><br>VALUE $ 105,000.00 | | | Security: 964 Marietta, Decatur, IL 62522; 546 East Madison St, Freeport, IL 61032; 812 S. Ottawa, Freeport, IL 61032 | | | | 194,759.71 | 89,759.71 |
| ACCOUNT NO. 97174328<br><br>First Federal Capital Bank<br>605 State Street<br>P.O. Box 1868<br>La Crosse, WI 54602<br><br>VALUE $ 125,000.00 | | | Incurred: January 28, 2004<br>Lien: 1st Mortgage<br>Security: 1107 Kishwaukee St., Belvidere, IL 61008 - Single Family Home | | | | 111,630.00 | 0.00 |
| ACCOUNT NO. 97156251<br><br>First Federal Capital Bank<br>605 State Street<br>P.O. Box 1868<br>La Crosse, WI 54602<br><br>VALUE $ 100,000.00 | | | Incurred: June 1, 2003<br>Lien: 1st Mortgage<br>Security: 12005 Ventura Blvd., Machesney Park, IL 61115 Single Family Home | | | | 88,440.00 | 0.00 |

Sheet no. _1_ of _3_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤ $ 732,779.71
(Total of this page)

Total $
(Use only on last page)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632 - 30739

Form B6D - Cont.
(12/03)

In re  Fredric C. Kullberg
_____,  Case No. _____
        **Debtor**                                    05
                                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 97163828<br><br>First Federal Capital Bank<br>605 State Street<br>P.O. Box 1868<br>La Crosse, WI 54602 | | | Incurred: July 29, 2003<br>Lien: 1st Mortgage<br>Security: 403 Theodore St., Loves Park, IL 61111 - Single Family Home<br><br>VALUE $ 84,000.00 | | | | 74,459.00 | 0.00 |
| ACCOUNT NO. 97163826<br><br>First Federal Capital Bank<br>605 State Street<br>P.O. Box 1868<br>La Crosse, WI 54602 | | | Incurred: August 1, 2003<br>Lien: 1st Mortgage<br>Security: 50 Marquette Rd., Machesney Park, IL 61115 - Single Family Home<br><br>VALUE $ 80,000.00 | | | | 70,914.00 | 0.00 |
| ACCOUNT NO. 97163829<br><br>First Federal Capital Bank<br>605 State Street<br>P.O. Box 1868<br>La Crosse, WI 54602 | | | Incurred: July 29, 2003<br>Lien: 1st Mortgage<br>Security: 534 Lawn Dr., Loves Park, IL 61111 - Single Family Home<br><br>VALUE $ 81,000.00 | | | | 71,800.00 | 0.00 |
| ACCOUNT NO. 97174326<br><br>First Federal Capital Bank<br>605 State Street<br>P.O. Box 1868<br>La Crosse, WI 54602 | | | Incurred: January 28, 2004<br>Lien: 1st Mortgage<br>Security: 626 Maple Ave., Belvidere, IL 61008 - Single Family Home<br><br>VALUE $ 135,000.00 | | | | 120,560.00 | 0.00 |
| ACCOUNT NO. 97171561<br><br>First Federal Capital Bank<br>605 State Street<br>P.O. Box 1868<br>La Crosse, WI 54602 | | | Incurred: January 28, 2004<br>Lien: 1st Mortgage<br>Security: 8115 Shore Drive, Machesney Park, IL 61115 - Single Family Home<br><br>VALUE $ 78,500.00 | | | | 70,044.00 | 0.00 |

Sheet no.  2  of  3  continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ► $ 407,777.00
(Total of this page)

Total $
(Use only on last page)

(Report total also on Summary of Schedules)

Form B6D - Cont.
(12/03)

In re __Fredric C. Kullberg_____,   Case No. __05_____
                **Debtor**                                                          **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 97155732<br><br>First Federal Capital Bank<br>605 State Street<br>P.O. Box 1868<br>La Crosse, WI 54602 | | | Incurred: June 1, 2003<br>Lien: 1st Mortgage<br>Security: 833 North Ottawa Ave., Dixon, IL 61021 - Single Family Home<br><br>VALUE $    70,000.00 | | | | 61,908.00 | 0.00 |
| ACCOUNT NO. 97174327<br><br>First Federal Capital Bank<br>605 State Street<br>P.O. Box 1868<br>La Crosse, WI 54602 | | | Incurred: January 28, 2004<br>Lien: 1st Mortgage<br>Security: 1722 Evans Ave., Loves Park, IL 61111 - Single Family Home<br><br>VALUE $    74,000.00 | | | | 62,572.00 | 0.00 |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |

Sheet no. __3__ of __3__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤   $   124,480.00
(Total of this page)

Total ➤   $ 1,672,672.71
(Use only on last page)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632 - 30739

Form B6E
(04/04)

In re Fredric C. Kullberg_____,    Case No._____05_____
                    Debtor                                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☑    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

____0____ continuation sheets attached

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632 - 30739

Form B6F (12/03)

In re   Fredric C. Kullberg_____,     Case No. 05_____
       **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary  of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>John F. Butler<br>5668 East State Street<br>Rockford, IL 61108 | | | Incurred: 12-23-04<br>Consideration: Personal loan | | | | 5,000.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

____0____ continuation sheets attached

| | | |
|---|---|---|
| Subtotal ➤<br>(Total of this page) | $ | 5,000.00 |
| Total ➤<br>(Use only on last page) | $ | 5,000.00 |

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632 - 30739

FORM B6G
(10/89)

In re ___Fredric C. Kullberg_____   Case No. ___05_____
Debtor                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Beverly Martins<br>c/o Century 21 Everett Johnson<br>2036 N. State Street<br>Belvidere, IL 61008 | Exclusive Right to Sell Contract<br>a. Lot 9 Riverview Sub, Belvidere, IL 61008<br>b. Lot 5 Riverview Sub, Belvidere, IL 61008<br>c.12005 Ventura Blvd, Machesney Park, IL 61115<br>d. 8115 Shore Dr, Machesney Park, IL 61115<br>e. 626 Maple Ave, Belvidere, IL 61008 |
| Christina and Michelle Martins<br>534 Towne Court<br>Gilberts, IL 60136 | Oral month to month tenancy<br>534 Towne Court<br>Gilberts, IL 60136 |
| Jeffrey Pinkston<br>1722 Evans Ave.<br>Loves Park, IL 61111 | Oral month to month tenancy<br>1722 Evans Ave.<br>Loves Park, IL 61111 |
| Marty King<br>534 Lawn Drive<br>Loves Park, IL 61111 | Oral month to month tenancy<br>534 Lawn Drive<br>Loves Park, IL 61111 |
| Ronnie J. and Laquisha M. Thompson<br>403 Theodore Street<br>Loves Park, IL 61111 | Oral month to month tenancy<br>403 Theodore Street<br>Loves Park, IL 61111 |
| Tiffany Martins<br>50 Marquette Road<br>Machesney Park, IL 61115 | Oral month to month tenancy<br>50 Marquette Road<br>Machesney Park, IL 61115 |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632  -  30739

FORM B6H
(6/90)

In re    Fredric C. Kullberg _____    Case No. ___05_____
_____                                 (if known)
                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Gloria A. Kullberg<br>4597 Pepper Drive<br>Rockford, IL 61114 | Chase Manhattan Mortgage Corp.<br>483 N. Mulford Road<br>Rockford, IL 61107<br><br><br>Bank One<br>401 East State Street<br>Rockford, IL 61104 |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632 - 30739

Form B6I
12/03

In re Fredric C. Kullberg _____ ,   Case No. 05 _____
      Debtor                                              (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| | Gloria A. Kullberg Wife | 53 |
| | Christina H. Kullberg Daughter | 20 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Physician | |
| Name of Employer | Fredric C. Kullberg | |
| How long employed | 23 | |
| Address of Employer | 5668 East State Street | N.A. |
| | Rockford, IL 61108 | |

**Income:** (Estimate of average monthly income)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | | $ 14,500.00 | $ N.A. |
| Estimated monthly overtime | | $ 0.00 | $ N.A. |
| SUBTOTAL | | $ 14,500.00 | $ N.A. |
| LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | | $ 4,014.25 | $ N.A. |
| b. Insurance | | $ 0.00 | $ N.A. |
| c. Union Dues | | $ 0.00 | $ N.A. |
| d. Other (Specify: Retirement ) | | $ 1,341.25 | $ N.A. |
| SUBTOTAL OF PAYROLL DEDUCTIONS | | $ 5,355.50 | $ N.A. |
| TOTAL NET MONTHLY TAKE HOME PAY | | $ 9,144.50 | $ N.A. |
| Regular income from operation of business or profession or farm (attach detailed statement) | | $ 0.00 | $ N.A. |
| Income from real property | | $ 0.00 | $ N.A. |
| Interest and dividends | | $ 0.00 | $ N.A. |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | $ 0.00 | $ N.A. |
| Social security or other government assistance (Specify) _____ | | $ 0.00 | $ N.A. |
| Pension or retirement income | | $ 0.00 | $ N.A. |
| Other monthly income (Specify) _____ | | $ 0.00 | $ N.A. |
| _____ | | $ 0.00 | $ N.A. |
| TOTAL MONTHLY INCOME | | $ 9,144.50 | $ N.A. |

TOTAL COMBINED MONTHLY INCOME   $ 9,144.50          (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632 - 30739

FORM B6J
(6/90)

In re  Fredric C. Kullberg
_____ ,     Case No. ___05___
                    Debtor                                              (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,200.00 |
| Are real estate taxes included?  Yes _____ No ✓ | | |
| Is property insurance included?  Yes _____ No ✓ | | |
| Utilities    Electricity and heating fuel | $ | 250.00 |
| Water and sewer | $ | 65.00 |
| Telephone | $ | 110.00 |
| Other ___cable___ | $ | 67.00 |
| Home maintenance (Repairs and upkeep) | $ | 400.00 |
| Food | $ | 1,000.00 |
| Clothing | $ | 200.00 |
| Laundry and dry cleaning | $ | 50.00 |
| Medical and dental expenses | $ | 200.00 |
| Transportation (not including car payments) | $ | 300.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 900.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | $ | 125.00 |
| Life | $ | 500.00 |
| Health | $ | 29.00 |
| Auto | $ | 152.00 |
| Other ___disability & umbrella liability insurance___ | $ | 348.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) ___real estate___ | $ | 583.00 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
| Auto | $ | 0.00 |
| Other _____ | $ | 0.00 |
| Other _____ | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 750.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other _____ | $ | 0.00 |

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)     $ | 7,229.00 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A. Total projected monthly income | $ | N.A. |
| B. Total projected monthly expenses | $ | N.A. |
| C. Excess income (A minus B) | $ | N.A. |
| D. Total amount to be paid into plan each _____N.A._____ | $ | N.A. |
| (interval) | | |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632  -  30739

FORM B6 - Cont.
(6/90)

# United States Bankruptcy Court
## Northern District of Illinois - Western Division

In re    Fredric C. Kullberg                                  Case No.    05
_____                      _____
Debtor                                                       (If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A  -  Real Property | YES | 3 | $    1,585,500.00 | | |
| B  -  Personal Property | YES | 5 | $      425,095.86 | | |
| C  -  Property Claimed As Exempt | YES | 1 | | | |
| D  -  Creditors Holding Secured Claims | YES | 4 | | $   1,672,672.71 | |
| E  -  Creditors Holding Unsecured Priority Claims | YES | 1 | | $          0.00 | |
| F  -  Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $      5,000.00 | |
| G  -  Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H  -  Codebtors | YES | 1 | | | |
| I  -  Current Income of Individual Debtor(s) | YES | 1 | | | $      9,144.50 |
| J  -  Current Expenditures of Individual Debtor(s) | YES | 1 | | | $      7,229.00 |
| Total Number of Sheets in ALL Schedules  ▶ | | 19 | | | |
| Total Assets  ▶ | | | 2,010,595.86 | | |
| Total Liabilities  ▶ | | | | 1,677,672.71 | |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632 - 30739

Official Form 6-Cont.
(12/03)

In re    Fredric C. Kullberg
_____ ,        Case No.    05
                    Debtor                                                        _____
                                                                                            (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 20 _____

sheets and that they are true and correct to the best of my knowledge, information and belief.        (Total shown on summary page plus 1)

Date  01-05-05
_____        Signature  /s/ Fredric C. Kullberg
                                                            _____
                                                                                    Debtor

Date  _____        Signature  Not Applicable
                                                            _____
                                                                            (Joint Debtor, if any)

[If joint case, both spouses must sign]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____        _____
Printed or Typed Name of Bankruptcy Petition Preparer        Social Security No.
                                                                                    (Required by 11 U.S.C. § 110(c).)

_____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____        _____
Signature of Bankruptcy Petition Preparer                    Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. §156.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Form 7
(12/03)

**FORM 7.  STATEMENT OF FINANCIAL AFFAIRS**

# UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF ILLINOIS - WESTERN DIVISION

In Re    Fredric C. Kullberg _____    Case No.    05 _____
                    (Name)                                                              (if known)
                    Debtor

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

1.    **Income from employment or operation of business**

None    State the gross amount of income the debtor has received from employment, trade, or profession, or from
☐    operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

    AMOUNT                        SOURCE (if more than one)

2004    221,000.00    Fredric C. Kullberg, M.D., S.C.
                        University of Illinois

2003    211,395.88    Fredric C. Kullberg, M.D., S.C.
                        University of Illinois

| 2002 | 243,300.00 | Fredric C. Kullberg, M.D., S.C. University of Illinois |
|------|------------|--------------------------------------------------------|

**2.    Income other than from employment or operation of business**

None ☐   State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | SOURCE |
|------|--------|--------|
| 2003 | 86,207.50 | $32,500 real estate income; $53,707.50 - Distribution as general partner |
| 2002 | 18,000.00 | real estate income |

**3.    Payments to Creditors**

None ☐   a.    List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any one creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|------------------------------|-------------------|-------------|--------------------|

See attached.

None ☒   b.    List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors, who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---------------------------------------------------------|-------------------|-------------|--------------------|

**4.    Suits and administrative proceedings, executions, garnishments and attachments**

None ☐   a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---------------------------------|----------------------|------------------------------|-----------------------|
| City of Decatur v. John Martins & Fredric Kullberg Case No. 2004-OV-1018 | Nuisance Complaint | Macon County, Decatur Illinois | Pending |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632 - 30759

None    b.      Describe all property that has been attached, garnished or seized under any legal or equitable process
☒       within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter
        12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint
        petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF<br>PERSON FOR WHOSE BENEFIT<br>PROPERTY WAS SEIZED | DATE OF<br>SEIZURE | DESCRIPTION AND<br>VALUE OF PROPERTY |
| --- | --- | --- |

**5.   Repossessions, foreclosures and returns**

None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in
☒       lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this
        case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of
        either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition
        is not filed.)

| NAME AND<br>ADDRESS OF<br>CREDITOR OR SELLER | DATE OF REPOSESSION,<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION AND<br>VALUE OF PROPERTY |
| --- | --- | --- |

**6.  Assignments and Receiverships**

None    a.      Describe any assignment of property for the benefit of creditors made within 120 days immediately
☒       preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include
        any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
        and a joint petition is not filed.)

| NAME AND<br>ADDRESS<br>OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF<br>ASSIGNMENT<br>OR SETTLEMENT |
| --- | --- | --- |

None    b.      List all property which has been in the hands of a custodian, receiver, or court-appointed official within
☒       one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or
        chapter 13 must include information concerning property of either or both spouses whether or not a joint petition
        is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS<br>OF CUSTODIAN | NAME AND LOCATION<br>OF COURT CASE TITLE<br>& NUMBER | DATE OF<br>ORDER | DESCRIPTION AND<br>VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7.    Gifts**

None    List all gifts or charitable contributions made within one year immediately preceding the commencement of this
☐    case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual
family member and charitable contributions aggregating less than $100 per recipient.    (Married debtors filing
under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a
joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS OF<br>PERSON OR ORGANIZATION | RELATIONSHIP<br>TO DEBTOR, IF ANY | DATE OF<br>GIFT | DESCRIPTION AND<br>VALUE OF GIFT |
|---|---|---|---|

See attached.

**8.    Losses**

None    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
☒    commencement of this case or since the commencement of this case.    (Married debtors filing under chapter 12
or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| DESCRIPTION<br>AND VALUE<br>OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS<br>WAS COVERED IN WHOLE OR IN PART BY<br>INSURANCE, GIVE PARTICULARS | DATE OF<br>LOSS |
|---|---|---|

**9.    Payments related to debt counseling or bankruptcy**

None    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys,
☐    for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in
bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYOR IF<br>OTHER THAN DEBTOR | AMOUNT OF MONEY OR<br>DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|
| Holmstrom & Kennedy, P.C.<br>800 North Church Street<br>P.O. Box 589<br>Rockford, IL 61105 | 12/29/2004 | 4,074.38 |
| Holmstrom & Kennedy, P.C.<br>800 North Church Street<br>P.O. Box 589<br>Rockford, IL 61105 | 01/03/2005 | 3,123.75 |
| Holmstrom & Kennedy, P.C.<br>800 North Church Street<br>P.O. Box 589<br>Rockford, IL 61105 | 11/23/2004 | 7,357.50 |

**10. Other transfers**

None ☐

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Clarice Kullberg<br>2505 Brendenwood Road<br>Rockford, IL 61107<br> Relationship: Mother | 8-31-04 | 1995 Bayliner deck boat<br>$2,333 |

**11. Closed financial accounts**

None ☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632  -  30739

**14.  Property held for another person**

None

☒      List all property owned by another person that the debtor holds or controls.

| NAME AND | DESCRIPTION AND | LOCATION OF PROPERTY |
| ADDRESS OF OWNER | VALUE OF PROPERTY | |

**15.  Prior address of debtor**

None

☒

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |

**16.  Spouses and Former Spouses**

None

☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17.  Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None

☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME | NAME AND ADDRESS | DATE OF | ENVIRONMENTAL |
| AND ADDRESS | OF GOVERNMENTAL UNIT | NOTICE | LAW |

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☐

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Fredric C. Kullberg | 36-3185978 | 5668 East State Street, Suite B600 Rockford, IL 61108 | Medical Practice | 1981 to present |
| Northern Illinois Medical Arts Building | 36-3185978 | 5668 East State Street Rockford, IL 61108 | General Partner - Building Partnership | 1981 to 2003 |

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☐

| NAME | ADDRESS |
|---|---|
| Northern Illinois Medical Building | 5668 East State Street Rockford, IL 61108 |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632 - 30739

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19.  Books, record and financial statements**

None ☐  a.    List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Gary Randles<br>McGladrey & Pullen LLP<br>501 7th Street<br>Rockford, IL 61104 | 1998-2004 |

None ☐  b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement  of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| Gary Randles | McGladrey & Pullen LLP<br>501 7th Street<br>Rockford, IL 61104 | 1998-2004 |

None ☐  c.    List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Gary Randles | McGladrey & Pullen LLP<br>501 7th Street<br>Rockford, IL 61104 |

None ☐  d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| First Federal Capital Bank<br>605 East State Street<br>P.O. Box 1868<br>La Crosse, WI 54602 | 2003 |
| Fifth Third Bank<br>1645 Larkin Ave.<br>Elgin, IL 60123 | 2003 |

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Belvidere Bank<br>600 South State Street<br>Belvidere, IL 61008 | 2003 |

**20.  Inventories**

None  a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the
⊠        taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None  b.    List the name and address of the person having possession of the records of each of the two inventories
⊠        reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF<br>INVENTORY RECORDS |
|---|---|

**21.  Current Partners, Officers, Directors and Shareholders**

None  a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
⊠

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None  b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who
⊠        directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF<br>STOCK OWNERSHIP |
|---|---|---|

**22.  Former partners, officers, directors and shareholders**

None  a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year
⊠        immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None  b.    If the debtor is a corporation, list all officers, and directors whose relationship with the corporation
⊠        terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632 - 30739

**23.    Withdrawals from a partnership or distribution by a corporation**

None    If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider,
☒       including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other
        perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24.    Tax Consolidation Group**

None    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation
☒       of any consolidated group for tax purposes of which the debtor has been a member at any time within the
        six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25.    Pension Funds**

None    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to
☒       which the debtor, as an employer, has been responsible for contributing at any time within the six-year period
        immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

*    *    *    *    *    *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any
attachments thereto and that they are true and correct.

Date    01-05-05                              Signature      /s/ Fredric C. Kullberg
                                              of Debtor
                                                             FREDRIC C. KULLBERG

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____        _____

Printed or Typed Name of Bankruptcy Petition Preparer        Social Security No.
                                                             (Required by 11 U.S.C. § 110(c).)

_____

_____

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____        _____
Signature of Bankruptcy Petition Preparer                    Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.*
*11 U.S.C. § 110;  18 U.S.C. §156.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

_0_  continuation sheets attached

***Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571***

**Gifts and Charitable Contributions**

**Statement of Financial Affairs 7.**

| Name | Date | Description/ Amount |
|------|------|---------------------|
| First Evangelical Free Church | Weekly | 28,875.00 yr. |
| Rockford Park District | 04-07-04 | 500.00 |
| Rockford Symphony Orchestra | 04-22-04 | 100.00 |
| Mendelssohn Club | 07-13-04 | 100.00 |
| First Love International | 12-31-03 & 10-13-04 | 468.00 |
| Mount Carmel Outreach | 12-31-03 | 500.00 |
| World Concern | 12-31-03 | 250.00 |
| Campus Crusade for Christ | 11-2-03,12-31-03, 03-14-04, 06-09-04, 08-18-04 | 1,025.00 |
| Prison Fellowship | 11-02-03 | 150.00 |
| Love Inc. | 12-31-04 | 250.00 |
| Wycliffe Bible Translators | 12-31-04 | 1,000.00 |
| United Way | 12-01-03 | 150.00 |
| **TOTAL** | | **$33,368.00** |

**Kullberg, Fredric C.**
**Payments to Creditors**

**Statement of Financial Affairs 3.**

| Name and Address of Creditor | Dates of Payments | Amount Paid | Amount Still Owing |
|---|---|---|---|
| Chase Manhattan Mortgage Corp. 483 N. Mulford Road Rockford, IL 61107 | 10/15/04, 11/15/04, 12/15/04 | $573.97 | |
| Macon County Clerk 141 S. Main Street Room 104 Decatur, IL 62523 | 11/05/04 | $5,740.34 | |
| Stephenson County Clerk 15 North Galena Ave. Freeport, IL 61032 | 10/29/04 | $3,581.92 | |
| Stephenson County Clerk 15 North Galena Ave. Freeport, IL 61032 | 10/18/04 | $655.37 | |
| Citi Financial Mortgage Company 3232 Royal Lane Irving, TX 75063 | 11/09/04 | $2,140.16 | |
| First Federal Capital Bank 111 South Alpine Road Rockford, IL 61108 | 11/15/04 | $3,212.44 | |
| Discover Card | 12/17/04 | $516.07 | |
| Citi Financial Mortgage Company 3232 Royal Lane Irving, TX 75063 | 12/14/04 | $2,140.16 | |
| AT&T Master Card | 12/13/04 | $1,654.13 | |
| Bank One 401 East State Street Rockford, IL 61104 | 10/25/04; 11/25/04;12/23/04 | $327.13 | |