UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| **Fredric C. Kullberg,** | ) | Case No. 05 B 70060 |
| | ) | |
| | ) | Judge Manuel Barbosa |
| Debtor. | ) | |

NOTICE OF HEARING ON
MOTION FOR FINAL DECREE

TO:   See attached Service List.

Fredric C. Kullberg, Reorganized Debtor, has filed with this Court his *Motion for Final Decree.*

**Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the Motion, you or your attorney must:

1. File a written response to the Motion on or before the date set for the hearing on the application at:

Clerk of Court
United States Bankruptcy Court
211 South Court Street
Rockford, IL 61101

OR

2. Attend the hearing scheduled to be held on **Wednesday, March 10, 2010 at 10:30 a.m.** at the United States Bankruptcy Court, 211 South Court Street, Rockford, Illinois 61101.

If you mail your Response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

You must also mail a copy of your Response to:

Bradley T. Koch
Holmstrom & Kennedy, P.C.
P.O. Box 589
Rockford, IL 61105-0589

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.

Dated: February 23 2010

Fredric C. Kullberg, Reorganized Debtor

BY:   Holmstrom & Kennedy, P.C.,
      His Attorneys

BY: _____
    One of its Attorneys

Attorney Bradley T. Koch #3122997
Holmstrom & Kennedy, P.C.
P.O. Box 589
800 North Church Street
Rockford, IL 61105-0589
(815) 962-7071

## PROOF OF SERVICE

The undersigned, being first duly sworn, states that a full copy of the foregoing *Notice of Motion* and *Motion for Final Decree* were served upon the persons listed below, by first class mail, postage prepaid on the 23rd day of February, 2010, as follows:

Attorney Matthew M. Hevrin
Hinshaw & Culbertson
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389

Mr. Thomas Walz
Office of the US Trustee
780 Regent Street, Suite 304
Madison, WI 53715

*/s/ Katie Norris*

Subscribed and sworn to before me this 23rd day of February, 2010.

*/s/ Lisa Jacobson*
Notary Public

"OFFICIAL SEAL"
LISA JACOBSON
Notary Public, State of Illinois
My Commission Expires 12/11/11

Attorney Bradley T. Koch #3122997
Holmstrom & Kennedy, P.C.
800 N. Church St.
P.O. Box 589
Rockford, IL 61105
815-962-7071

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| Fredric C. Kullberg, ) | Case No. 05 B 70060 |
| ) | |
| ) | Judge Manuel Barbosa |
| Debtor. ) | |

### MOTION FOR FINAL DECREE

Fredric C. Kullberg, Reorganized Debtor, by his attorneys, Holmstrom & Kennedy, P.C., for his Motion for Final Decree pursuant to Bankruptcy Rule 3022 and Section 350(a) of the Bankruptcy Code, states:

1. On January 6, 2005, Fredric C. Kullberg, Debtor, filed a Voluntary Petition for Relief pursuant to Chapter 11 of the Bankruptcy Code with this Court.

2. On or about September 4, 2009, the Debtor filed a Plan of Reorganization dated September 4, 2009 ("Plan") with this Court.

3. On October 16, 2009, this Court entered its Findings of Fact, Conclusions of Law, and Order Confirming Plan of Reorganization Dated September 4, 2009.

4. The Reorganized Debtor has made all required distributions to creditors under the Plan.

5. The Plan is fully consummated and the administration of this Chapter 11 bankruptcy estate is complete.

WHEREFORE, Fredric C. Kullberg, Reorganized Debtor, respectfully requests the entry of a Final Decree closing this bankruptcy and for such other and further relief as this Court deems just and equitable.

Dated: February 22, 2010

Fredric C. Kullberg, Reorganized Debtor

BY: HOLMSTROM & KENNEDY, P.C.,
His Attorneys

BY: _____
One of his Attorneys

ATTORNEY BRADLEY T. KOCH - #3122997
Holmstrom & Kennedy, P.C.
P.O. Box 589
800 North Church Street
Rockford, IL 61105-0589
(815) 962-7071

2