UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| Fredric C. Kullberg, ) | Case No. 05 B 70060 |
| ) | |
| ) | Judge Manuel Barbosa |
| Debtor. ) | |

## FINAL DECREE

This matter coming on for hearing, after notice, upon the Motion of Fredric C. Kullberg, Reorganized Debtor, for a Final Decree, Fredric C. Kullberg, Reorganized Debtor, appearing by his attorneys, Holmstrom & Kennedy, P.C., the Court having considered the Motion for Final Decree and being fully advised in the premises, FINDS:

1. On January 6, 2005, Fredric C. Kullberg, Debtor, filed a Voluntary Petition for Relief pursuant to Chapter 11 of the Bankruptcy Code with this Court.

2. On or about September 4, 2009, the Debtor filed a Plan of Reorganization dated September 4, 2009 ("Plan") with this Court.

3. On October 16, 2009, this Court entered its Findings of Fact, Conclusions of Law, and Order Confirming Plan of Reorganization Dated September 4, 2009.

4. The Reorganized Debtor has made all required distributions to creditors under the Plan.

5. The Plan is fully consummated and the administration of this Chapter 11 bankruptcy estate is complete.

NOW, THEREFORE, IT IS ORDERED THAT this Chapter 11 bankruptcy and the estate of Frederic C. Kullberg, Reorganized Debtor, be and is hereby closed.

Dated: _____ MAR 10 2010.    ENTERED:

_____
Judge Manuel Barbosa

Prepared by:
ATTORNEY BRADLEY T. KOCH - #3122997
Holmstrom & Kennedy, P.C.
P.O. Box 589
800 North Church Street
Rockford, IL 61105
815-962-7071
Rockford, IL 61105-0589
(815) 962-7071